UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MICHAEL DESHAY PEOPLES. JR.** ]
    Petitioner, ]
     ]
v. ]    No. 3:12-1179
     ]    Judge Trauger
**CHERRY LINDAMOOD, WARDEN** ]
    Respondent. ]

O R D E R

The Court is in receipt of a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The Court has conducted a preliminary review of the petition and finds that the petitioner has stated a colorable claim for relief. Rule 4, Rules --- § 2254 Cases.

Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket. The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244 (b)(3)(A). The respondent shall also address the question of whether the petition has been timely filed.

The Clerk is directed to serve a copy of the petition and this order by mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge