# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION


MICHAEL DESHAY PEOPLES. JR.    ]
      Petitioner,             ]
                             ]
v.                          ]      **No. 3:12-1179**
                           ]      **Judge Trauger**
CHERRY LINDAMOOD, WARDEN    ]
      Respondent.           ]


### <u>O R D E R</u>


      The Court is in receipt of a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

      The Court has conducted a preliminary review of the petition and finds that the petitioner has stated a colorable claim for relief. Rule 4, Rules --- § 2254 Cases.

      Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket. The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244 (b)(3)(A). The respondent shall also address the question of whether the petition has been timely filed.

      The Clerk is directed to serve a copy of the petition and this order by mail on the respondent and the Attorney General of Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge