UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL DESHAY PEOPLES, JR.** ]<br>  Petitioner, ]<br> ]<br>v. ]<br> ]<br>**CHERRY LINDAMOOD, WARDEN** ]<br>  Respondent. ] | No. 3:12-1179<br>Judge Trauger |

### O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's *pro se* § 2254 habeas petition (Docket Entry No.1) lacks merit. Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which shall NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge